

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ROBERT DALE MARTIN, | | No. 08-13-00249-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 158th District Court |
| | § | |
| LAURA WARDER, | | of Denton County, Texas |
| | § | |
| | | (TC# 2011-20264-158) |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed due to the fault of the Appellant and that Appellant has failed to respond to our inquiry letter, we dismiss the appeal for want of prosecution.

The clerk's record was due to be filed on October 7, 2013. The Denton County Clerk notified the Court that Appellant has not made financial arrangements for the preparation of the clerk's record. The Clerk of the Court notified Appellant by letter regarding his failure to make financial arrangements to pay for the clerk's record and advised him that the appeal would be dismissed for want of prosecution unless he responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 37.3. No reply has been received.

It is undisputed that Appellant has failed to make financial arrangements to pay for the clerk's record and the clerk's record has not been filed. Further, Appellant has not complied with our notice requiring a response. *See* TEX.R.APP.P. 42.3(c)(authorizing appellate court to dismiss appeal where the appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time). Pursuant to Rules 37.3(b) and 42.3(c), we dismiss the appeal for want of prosecution.

November 20, 2013

                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.